UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVOOD KHADEMI, | No. 2:21-cv-00966-DAD-DMC (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION |
| ROSEVILLE POLICE DEPARTMENT, | |
| Defendant. | (Doc. No. 31) |

Plaintiff Davood Khademi is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 25, 2023, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to prosecute this action and failure to obey court orders. (Doc. No. 31.) The pending findings and recommendations were served on plaintiff by mail at his address of record and contained notice that any objections thereto were to be filed within fourteen (14) days after service.[1] (*Id.* at 2.) To

---

[1] The service copy of the findings and recommendations was returned to the court marked as "Undeliverable. Not at facility." Thus, plaintiff was required to file a notice of his change of address with the court no later than April 13, 2023. Indeed, the service copies of several of the court's orders have been returned to the court marked as "Undeliverable," and plaintiff was first required to update his address by October 24, 2022 and failed to do so. To date, plaintiff has still not filed a notice of his change of address or otherwise communicated with the court.

1

date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on January 25, 2023 (Doc. No. 31) are adopted in full;
2. This action is dismissed, without prejudice, due to plaintiff's failure to prosecute this action and failure to obey court orders; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **May 17, 2023**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

2